# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **SIBYL BYNUM,** | : |
| | : |
| **Plaintiff** | : |
| | : |
| v. | :    5:02-CV-388 (WDO) |
| | : |
| **HOUSTON COUNTY BOARD OF** | : |
| **EDUCATION, et al.,** | : |
| | : |
| **Defendants** | : |

## ORDER

Before the Court is Plaintiff Bynum's motion to proceed *in forma pauperis* on appeal from the judgment that was entered against her in this suit against her former employer. After reviewing the record, the Court certifies that the appeal is not taken in good faith because of the untimeliness of the appeal. 28 U.S.C. § 1915(a)(3), (e)(2)(B)(i) and (e)(2)(B)(ii). Judgment was entered in this case on May 5, 2004, nearly three years ago. Pursuant to Federal Rule of Appellate Procedure 4, Plaintiff had 30 days from that date to appeal her case. Because Plaintiff failed to show exclusable neglect in her failure to timely file an appeal, and failed to otherwise establish good cause for an out of time appeal, Plaintiff Bynum's motion to proceed *in forma pauperis* on appeal is **DENIED**.

    **SO ORDERED this 13th day of March, 2007.**


    **S/**
    **WILBUR D. OWENS, JR.**
    **UNITED STATES DISTRICT JUDGE**